138 A.3d 609

BOARD OF SUPERVISORS OF WILLISTOWN
TOWNSHIP, Respondent

v.

MAIN LINE GARDENS, INC. and Coffman
Associates, LLC, Petitioners.

Board of Supervisors of Willistown Township, Respondents

v.

Main Line Gardens, Inc. and Coffman
Associates, LLC, Petitioners.

Board of Supervisors of Willistown Township, Respondent

v.

Main Line Gardens, Inc. and Coffman
Associates, LLC, Petitioners.

Board of Supervisors of Willistown Township, Respondent

v.

Main Line Gardens, Inc. and Coffman
Associates, LLC, Petitioners.

Board of Supervisors of Willistown Township, Respondent

v.

Main Line Gardens, Inc. and Coffman
Associates, LLC, Petitioners.

Board of Supervisors of Willistown Township, Respondent

v.

Main Line Gardens, Inc. and Coffman
Associates, LLC, Petitioners.

Supreme Court of Pennsylvania.

June 7, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is as follows: under Rule 227.1 of the Pennsylvania Rules of Civil Procedure, where a trial court rules on post-trial motions and expresses reliance on previously filed briefs that fully argue the post-trial issues, may an appellate court nevertheless dismiss the appeal for failure to file an accompanying brief?